Printed on: 01/02/2024  
ANDREW B. FINBERG [*ICB-99001-00*]

Page 1 of 2

## IN THE UNITED STATES BANKRUPTCY COURT FOR
## THE DISTRICT OF NEW JERSEY

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS
Case Number: 23-13726 (JNP)

Robert L. Daniel  
954 Central Avenue  
Runnemede, NJ  08078

Monthly Payment: $550.00  
Payments / Month: 1  
Current Trustee Comp.: 9.60%

**For the period of 01/01/2023 to 12/31/2023**  
**The following are receipts posted in this case within the above dates:**

| Date | Amount | Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|---|---|
| 06/06/2023 | $540.00 | 07/11/2023 | $540.00 | 08/10/2023 | $540.00 | 09/12/2023 | $540.00 |
| 10/11/2023 | $540.00 | 11/13/2023 | $540.00 | 12/11/2023 | $540.00 | | |

**The following are the creditors who are set up to be paid through this plan:**

| CL# | Creditor Name | LVL | Claim Amt. | Amt. Paid. | Balance Due | Paid this Period |
|---|---|---|---|---|---|---|
| 0 | ROBERT L. DANIEL | 5 | $0.00 | $0.00 | $0.00 | $0.00 |
| 0 | STACEY L. MULLEN, ESQUIRE | 13 | $4,250.00 | $2,754.46 | $1,495.54 | $2,754.46 |
| 0 | STACEY L. MULLEN, ESQUIRE | 13 | $500.00 | $174.50 | $325.50 | $174.50 |
| 1 | HLADIK, ONORATOR & FEDERMAN | 24 | $0.00 | $0.00 | $0.00 | $0.00 |
| 2 | RUNNEMEDE TAX OFFICE | 24 | $0.00 | $0.00 | $0.00 | $0.00 |
| 3 | NEW REZ, LLC | 24 | $22,516.40 | $0.00 | $22,516.40 | $0.00 |
| 4 | SHELLPOINT MORTGAGE SERVICING | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 5 | U.S. TRUSTEE | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 6 | US DEPT OF HUD | 24 | $0.00 | $0.00 | $0.00 | $0.00 |
| 7 | ISABEL C. BALBOA | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 8 | Stacey L. Mullen | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 9 | MERRICK BANK | 33 | $999.07 | $0.00 | $0.00 | $0.00 |
| 10 | CAPITAL ONE, N.A. | 33 | $337.73 | $0.00 | $0.00 | $0.00 |
| 11 | BRIDGECREST CREDIT COMPANY, LLC | 24 | $0.00 | $0.00 | $0.00 | $0.00 |
| 12 | QUANTUM3 GROUP, LLC | 33 | $1,106.26 | $0.00 | $0.00 | $0.00 |
| 13 | QUANTUM3 GROUP, LLC | 33 | $475.14 | $0.00 | $0.00 | $0.00 |
| 14 | VERIZON BY AMERICAN INFOSOURCE | 33 | $887.68 | $0.00 | $0.00 | $0.00 |
| 15 | ALLY FINANCIAL | 33 | $3,968.10 | $0.00 | $0.00 | $0.00 |
| 16 | MARINER FINANCE, LLC | 33 | $812.77 | $0.00 | $0.00 | $0.00 |
| 17 | PREMIER BANKCARD, LLC | 33 | $438.50 | $0.00 | $0.00 | $0.00 |
| 18 | PORTFOLIO RECOVERY ASSOCIATES, LLC | 33 | $1,086.51 | $0.00 | $0.00 | $0.00 |

**THIS REPORT IS NOT TO BE CONSTRUED AS A PLAN PAYOFF FIGURE. PLEASE CONTACT THE TRUSTEE'S OFFICE, IN WRITING, TO RECEIVE AN ACCURATE PLAN PAYOFF FIGURE.**

**Case Steps**

| Start Date | No. Months | Payment |
|---|---|---|
| 06/01/2023 | 4.00 | $540.00 |
| 10/01/2023 | 56.00 | $550.00 |
| 06/01/2028 | Projected end of plan | |

| | |
|---|---|
| Total payments received this period: | $3,780.00 |
| Total paid to creditors this period: | $2,928.96 |
| Undistributed Funds on Hand: | $488.16 |
| Arrearages: | $580.00 |
| Attorney: | STACEY L. MULLEN, ESQUIRE |

**THIS REPORT IS NOT TO BE CONSTRUED AS A PLAN PAYOFF FIGURE. PLEASE CONTACT THE TRUSTEE'S OFFICE, IN WRITING, TO RECEIVE AN ACCURATE PLAN PAYOFF FIGURE.**