Form 148 − ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.: 23−13726−JNP
Chapter: 13
Judge: Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Robert L. Daniel
   aka Robert L. Daniels
   954 Central Avenue
   Runnemede, NJ 08078

Social Security No.:
   xxx−xx−1855

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

   NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 7/19/24.

   Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within seven (7) days from the date of this Order.

   This dismissal may mean that the debtor is ineligible to file another bankruptcy petition for 180 days under 11 U.S.C. § 109(g).


Dated: July 19, 2024
JAN: cmf

Jeanne Naughton
Clerk

United States Bankruptcy Court

District of New Jersey

| | |
|---|---|
| In re: | Case No. 23-13726-JNP |
| Robert L. Daniel | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-1 | User: admin | Page 1 of 2 |
| Date Rcvd: Jul 19, 2024 | Form ID: 148 | Total Noticed: 21 |

The following symbols are used throughout this certificate:
**Symbol     Definition**

\+            Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 21, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Robert L. Daniel, 954 Central Avenue, Runnemede, NJ 08078-1149 |
| poa | + | Monique Artwell, 22 Ember Lane, Willingboro, NJ 08046-2420 |
| 519905494 | + | Hladik, Onorator & Federman, 1451 Chews Landing Road, Suite 206, Laurel Springs, NJ 08021-2766 |
| 519905497 | + | Runnemede Tax Office, 24 N. Black Horse Pike, Runnemede, NJ 08078-1367 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Jul 19 2024 20:38:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Jul 19 2024 20:38:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 519927427 | + | EDI: AISACG.COM | Jul 20 2024 00:27:00 | Ally Financial, AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 519961396 | + | EDI: AISACG.COM | Jul 20 2024 00:27:00 | Ally Financial c/o AIS Portfolio Services, LLC, 4515 N. Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 519951173 | + | Email/Text: rm-bknotices@bridgecrest.com | Jul 19 2024 20:38:00 | Bridgecrest Acceptance Company LLC, PO Box 29018, Phoenix, AZ 85038-9018 |
| 519943202 | + | EDI: AIS.COM | Jul 20 2024 00:27:00 | Capital One N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 519943150 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Jul 19 2024 20:41:36 | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 519965607 | + | Email/Text: bankruptcy@marinerfinance.com | Jul 19 2024 20:37:00 | Mariner Finance, LLC, 8211 Town Center Drive, Nottingham, MD 21236-5904 |
| 519963877 | | Email/Text: mtgbk@shellpointmtg.com | Jul 19 2024 20:37:00 | NewRez LLC, d/b/a Shellpoint Mortgage Servicing, P.O. Box 10826, Greenville, SC 29603-0826 |
| 519967307 | | EDI: PRA.COM | Jul 20 2024 00:27:00 | Portfolio Recovery Associates, LLC, c/o The Bank Of Missouri, POB 41067, Norfolk VA 23541 |
| 519967071 | + | EDI: JEFFERSONCAP.COM | Jul 20 2024 00:27:00 | Premier Bankcard, LLC, Jefferson Capital Systems LLC Assignee, Po Box 7999, Saint Cloud MN 56302-7999 |
| 519952292 | | EDI: Q3G.COM | Jul 20 2024 00:27:00 | Quantum3 Group LLC as agent for, Genesis FS Card Services Inc, PO Box 788, Kirkland, WA 98083-0788 |
| 519915486 | + | Email/Text: ecfbnc@aldridgepite.com | Jul 19 2024 20:37:00 | Shellpoint Mortgage Servicing, Attn Aldridge Pite, LLP, 8880 Rio San Diego Drive, Suite 725, San Diego, CA 92108-1619 |

| | | | | |
|---|---|---|---|---|
| 519905495 | + | Email/Text: mtgbk@shellpointmtg.com | Jul 19 2024 20:37:00 | Shellpoint Mortgage Servicing, c/o NewRez, LLC, 75 Beattie Place, Suite 300, Greenville, SC 29601-2138 |
| 519905493 | + | Email/Text: mtgbk@shellpointmtg.com | Jul 19 2024 20:37:00 | Shellpoint Mortgage Servicing, P.O. Box 650840, Dallas, TX 75265-0840 |
| 519905496 | + | Email/PDF: OGCRegionIIBankruptcy@hud.gov | Jul 19 2024 20:42:13 | US Dept of HUD, 451 7th Street SW, Washington, DC 20410-0001 |
| 519959261 | + | EDI: AIS.COM | Jul 20 2024 00:27:00 | Verizon, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |

TOTAL: 17

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 519927444 | *+ | Ally Financial, AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jul 21, 2024                    Signature:    /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 19, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Andrew B Finberg | ecfmail@standingtrustee.com ecf.mail_9022@mg.bkdocs.us |
| Andrew B Finberg | on behalf of Trustee Andrew B Finberg ecfmail@standingtrustee.com ecf.mail_9022@mg.bkdocs.us |
| Denise E. Carlon | on behalf of Creditor NEWREZ LLC D/B/A SHELLPOINT MORTGAGE SERVICING dcarlon@kmllawgroup.com bkgroup@kmllawgroup.com |
| Isabel C. Balboa | on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com summarymail@standingtrustee.com |
| Sarah K. McCaffery | on behalf of Creditor Bridgecrest Credit Company LLC smccaffery@pincuslaw.com, ckohn@hoflawgroup.com |
| Stacey L. Mullen | on behalf of Debtor Robert L. Daniel slmullen@comcast.net |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 7